PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:21-cr-00263-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| TRAVIS GOBER, | DATE:      January 18, 2023 |
| Defendant. | TIME:      1:00 p.m. |
| | JUDGE:    Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel that the Status Conference scheduled for January 18, 2023, at 1:00 p.m., may be

continued until May 3, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The

government has produced discovery to defense counsel.  The parties agree that time under the

Speedy Trial Act shall be excluded through May 3, 2023, in the interests of justice, including but

not limited to, the need for effective defense preparation and defense investigation pursuant to 18

U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

1   The parties also agree that the ends of justice served by taking this action outweigh the best

2   interests of the public and of the defendant to a speedy trial.

3

4   Dated:  January 10, 2023                          /s/ Christina Corcoran

5                                                     Christina Corcoran
                                                      Counsel for Travis Gober

6

7   Dated:  January 10, 2023                          /s/ Joseph Barton

8                                                     JOSEPH BARTON
                                                      Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  | UNITED STATES OF AMERICA | Case No. 1:21-cr-00263-JLT-SKO |
    |---|---|
13  | Plaintiff, | ORDER |
    | | |
14  | v. | |
    | | |
15  | TRAVIS GOBER, | |
    | | |
16  | Defendant. | |

17

18                              **ORDER**

19        Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled

20  for January 18, 2023, at 1:00 p.m. is continued until May 3, 2023, at 1:00 p.m., before the

21  Honorable Sheila K. Oberto.  The period through May 3, 2023, inclusive, is excluded pursuant to

22  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

23        The parties shall be prepared to select a mutually agreeable trial date at the next status

24  conference.

25        IT IS SO ORDERED.

26   DATED: 1/12/2022                          *Sheila K. Oberto*
27                                     HONORABLE SHEILA K. OBERTO
                                       UNITED STATES MAGISTRATE JUDGE
28

                                        3