PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00263-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE OF PLEA HEARING; ORDER |
| v. | |
| TRAVIS GOBER, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference scheduled for August 16, 2023, at 1:00 p.m., can be vacated and a change of plea hearing can be scheduled for September 18, 2023, at 10:00 a.m., before the Honorable Jennifer L. Thurston. The parties have reached a plea agreement to resolve this case. Time under the Speedy Trial Act has already been excluded through August 16, 2023. The parties agree time shall also be excluded from August 17, 2023, through September 18, 2023, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

The parties also agree the ends of justice served by taking this action outweigh the best interests of the public and the defendant to a speedy trial.

Dated:  August 11, 2023            /s/ Christina Corcoran
                                                     Christina Corcoran
                                                     Counsel for Travis Gober

Dated:  August 11, 2023            /s/ Joseph Barton
                                                     Joseph Barton
                                                   Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00263-JLT-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| TRAVIS GOBER, | |
| Defendant. | |

**ORDER**

Upon the parties stipulation, and for good cause shown, the status conference that is scheduled for August 16, 2023, at 1:00 p.m., is vacated, and a change of plea hearing is scheduled for September 18, 2023, at 10:00 a.m., before the Honorable Jennifer L. Thurston. Time under the Speedy Trial Act has already been excluded through August 16, 2023. Time shall also be excluded from August 17, 2023, through September 18, 2023, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 8/11/2023

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE