HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar # 344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
TRAVIS CHRISTIAN GOBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>TRAVIS CHRISTIAN GOBER,<br><br>            Defendant. | Case No.  1:21-cr-00263-JLT-SKO<br><br>STIPULATION FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant Travis Christian Gober has been on pretrial supervision since October 26, 2021.  Over the last two years, he has complied with the conditions of his pretrial release.

2. Mr. Gober does not suffer from any addiction to drugs, and all of Mr. Gober's random drug tests during this two-year period have been negative.

3. By this stipulation, the parties agree that Mr. Gober's pretrial release conditions should be modified to eliminate the drug testing requirement, condition (i).

4. Mr. Gober's supervising Pretrial Services Officer, Ryan Garcia, has no opposition to this request.

/ / /

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Dated: November 30, 2023 | */s/ Joseph Barton*<br>JOSEPH BARTON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 30, 2023 | */s/ Christina M. Corcoran*<br>CHRISTINA M. CORCORAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>TRAVIS CHRISTIAN GOBER |

**O R D E R**

IT IS SO ORDERED.

Dated: **November 30, 2023**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE