HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
TRAVIS CHRISTIAN GOBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>TRAVIS CHRISTIAN GOBER,<br><br>                    Defendant. | Case No.  1:21-cr-00263-JLT-SKO<br><br>**STIPULATION AND ORDER CONTINUING SURRENDER DATE**<br><br> Judge:  Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Travis Christian Gober, that the self-surrender date for Mr. Gober be continued from June 10, 2024, to January 6, 2025, at or before 12:00 p.m., at the designated BOP institution.

The requested continuance of Mr. Gober's self-surrender date will enable Mr. Gober to have surgery, scheduled for June 11, 2024, and to complete the six months of recovery with requisite physical therapy prior to entering Bureau of Prisons' custody.  By way of background, Mr. Gober injured his shoulder and arm at work in January, and his surgery has been delayed because it had to be coordinated and approved through workers' compensation.  Undersigned counsel is in receipt of documentation of the surgery recommendation and approval, dated May 30, 2024.  Mr. Gober was told that surgery will immobilize him for 6-8 weeks, and then he will

require physical therapy for at least another four months.

Mr. Gober has been released in this matter since October 26, 2021 and has had no issues on pretrial supervision for nearly three years.  In light of the above, the government does not oppose the defense request for a continuance of the self-surrender date in this case.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 31, 2024                    */s/ Joseph Barton*
                                      JOSEPH BARTON
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: May 31, 2024                    */s/ Christina M. Corcoran*
                                      CHRISTINA M. CORCORAN
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      TRAVIS CHRISTIAN GOBER

## O R D E R

IT IS HEREBY ORDERED that the self-surrender date for Travis Christian Gober be continued from June 10, 2024, to January 6, 2025 at or before 12:00 p.m. at the designated BOP institution.

IT IS SO ORDERED.

Dated:   **June 3, 2024**

UNITED STATES DISTRICT JUDGE