HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
TRAVIS CHRISTIAN GOBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS CHRISTIAN GOBER,<br><br>Defendant. | Case No.  1:21-cr-00263-JLT-SKO<br><br>**STIPULATION AND ORDER CONTINUING SURRENDER DATE**<br><br>Judge:  Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Travis Christian Gober, that the self-surrender date for Mr. Gober be continued from January 6, 2025 to March 31, 2025, at or before 12:00 p.m., at the designated BOP institution.

The requested continuance of Mr. Gober's self-surrender date will enable him to obtain the physician-recommended physical therapy required to reduce the risk of permanent disability stemming from a recent surgery.  Mr. Gober's access to post-operative care was administratively delayed by workers' compensation for reasons beyond his control.

The government supports the continuance in light of these medical issues, Mr. Gober's lengthy track record of compliance on pretrial supervision, and his acceptance of responsibility and cooperative handling of his case.

The parties agree that no further continuances will be requested.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 17, 2024

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 17, 2024

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
TRAVIS CHRISTIAN GOBER

**O R D E R**

IT IS HEREBY ORDERED that the self-surrender date for Travis Christian Gober be continued from January 6, 2025, to March 31, 2025 at or before 12:00 p.m. at the designated BOP institution.

Dated: _____December 18_, 2024

HON. JENNIFER L. THURSTON
United States District Judge